UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

The American Export Group & International Services, Inc.

            Plaintiff,

v.                  Case No.: 1:16−cv−05044

                  Honorable John J. Tharp Jr.

Quality Beauty Supply Co., Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 20, 2017:

  MINUTE entry before the Honorable Susan E. Cox: This matter has been referred to Judge Cox for discovery supervision and to conduct a settlement conference. Status hearing set for 2/8/2017 at 09:30 AM. Parties are to review the Court's webpage under the heading Rule 26(f) Planning Conference. Parties to file their report on or before 2/1/2017 and deliver a copy to Judge Cox's Courtroom Deputy, Nakita Perdue, Room 1024. Joint motion for entry of proposed agreed confidentiality order [55] is granted. No appearance required on the motion. Enter Order. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.