UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

The American Export Group & International Services, Inc.

                Plaintiff,

v.

                Case No.: 1:16−cv−05044
                Honorable John J. Tharp Jr.

Quality Beauty Supply Co., Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2017:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Fact Discovery deadline is set for 10/15/2017. Settlement conference is tentatively set for 5/16/2017 at 1:00 p.m. Parties are to contact the Court by 2/15/2017 to confirm the settlement conference via the proposed order box as discussed in court. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.